```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          EASTERN DIVISION
```

CAROL S. NEAL                                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. 4:08CV56LN

21st MORTGAGE CORPORATION                                        DEFENDANT

## ORDER OF DISMISSAL

This cause comes before the court <u>sua</u> <u>sponte</u>, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to both parties. If either party fails to consummate this settlement within thirty (30) days, the aggrieved party may reopen the case for enforcement of the settlement agreement within twenty (20) days; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

ORDERED, this the 30th of March, 2009.

                              /S/ TOM S. LEE
                              UNITED STATES DISTRICT JUDGE